# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| DOUGHERTY COUNTY, GEORGIA and CHATTOOGA COUNTY, GEORGIA, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>3M COMPANY,<br><br>  Defendant. | Civil Action No. 1:25-cv-00128-LAG |

## NOTICE OF APPEARANCE OF COUNSEL

Jason J. Carter of the law firm Bondurant Mixson & Elmore LLP gives notice of his entry of appearance and respectfully requests that he be entered as counsel of record for Plaintiffs, DOUGHERTY COUNTY, GEORGIA and CHATTOOGA COUNTY, GEORGIA, individually and on behalf of all others similarly situated, in the above-styled action. Mr. Carter requests service of all pleadings, notices, orders, and any other papers in this action, and provides his contact information as follows:

Jason J. Carter
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, NW
Suite 3900
Atlanta, GA 30309
carter@bmelaw.com
Tel: (404) 881-4100
Fax: (404) 881-4111

#5198127v1

Respectfully submitted, this 19th day of September, 2025.

| | |
|---|---|
| James Benjamin Finley<br>Georgia Bar No. 261504<br>bfinley@thefinleyfirm.com<br>N. Nickolas Jackson<br>Georgia Bar No. 841433<br>njackson@thefinleyfirm.com<br>THE FINLEY FIRM, P.C.<br>200 13th Street<br>Columbus, Georgia 31901<br>Tel: (706) 322-6226<br>Fax: (706) 322-6221<br><br>Casondra Turner<br>Georgia Bar No. 418426<br>cturner@milberg.com<br>MILBERG COLEMAN BRYSON<br>   PHILLIPS GROSSMAN PLLC<br>800 S. Gay Street<br>Suite 1100<br>Knoxville, TN 37929<br>Tel: (866) 252-0878<br>Fax: (771) 772-3086 | /s/ *Jason J. Carter*<br>Michael B. Terry<br>Georgia Bar No. 702582<br>terry@bmelaw.com<br>Jason J. Carter<br>Georgia Bar No. 141669<br>carter@bmelaw.com<br>Jeffrey W. Chen<br>Georgia Bar. No. 640207<br>chen@bmelaw.com<br>Amanda D. Bradley<br>Georgia Bar No. 560602<br>bradley@bmelaw.com<br>BONDURANT MIXSON<br>   & ELMORE, LLP<br>One Atlantic Center<br>1201 West Peachtree Street, NW<br>Suite 3900<br>Atlanta, GA 30309<br>Tel: (404) 881-4100<br>Fax: (404) 881-4111 |

Virgil L. Adams
Georgia Bar No. 004625
vadams@adamsjordan.com
ADAMS, JORDAN &
   HERRINGTON, P.C.
The Whittle Building
915 Hill Park, Suite 101
P.O. Box 928
Macon, GA 31202-0928
Tel: (478) 743-2159
Fax: (478) 743-4938

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I filed a copy of the foregoing document using the Court's ECF/CM system. A copy of same has been sent via U.S. Mail to Defendant's Registered Agent as follows:

> 3M Company
> c/o Corporation Service Company
> 2 Sun Court, Suite 400
> Peachtree Corners, Georgia 30092

>> /s/ *Jason J. Carter*
>> Jason J. Carter
>> Georgia Bar No. 141669