# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## Middle District of Georgia

Case Number: 1:25-CV-00128-LAG

Plaintiff: **Dougherty County, Georgia; Chattooga County, Georgia and all others similarly situated**
vs.
Defendant: **3M Company**

For:
Michael Terry
BONDURANT MIXSON & ELMORE, LLP
1201 W. Peachtree Street, NW
Suite 3900
Atlanta,, GA 30309

Received by Ancillary Legal Corporation on the 15th day of September, 2025 at 9:55 am to be served on **3M Company c/o Registered Agent, Corporate Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **17th day of September, 2025** at **12:17 pm, I:**

served **3M Company c/o Registered Agent, Corporate Service Company** by delivering a true copy of the **Summons, Complaint and Exhibits** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Alisha Smith as **Authorized to Accept** at the address of: **2 SunCourt, Suite 400, Peachtree Corners, GA 30092**.

**Additional Information pertaining to this Service:**
9/17/2025  12:17 pm  Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Alisha Smith, CSC Coordinator.

Black female,
black hair,
40-45 years old,
5'8", 150 lbs,
no glasses.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 17th day of September, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

Christopher Todd Horton
Process Server

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2025015852
Ref: 998-012302 PFAS Class

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b